Name of Person Reporting: Nelson, David

Date of Report: 5/18/2004

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those ~~of spouse and dependent children. See pp. 34-57 of filing instructions.~~)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 217. | | | | | Acct # 3 | | | | |
| 218.   --Medco Health Solutions stock | | | | | Spin-off | 8/25 | J | | |
| 219.   --Nvidia Corp. stock | | | | | Buy | 2/3 | K | | |
| 220.   --Texas Genco stock | | | | | Spin-off | 1/6 | J | | (See Part VIII) |
| 221.   John Hancock Whole Life | B | DIVIDEND | L | V | | | | | |
| 222.   Security Financial Whole Life | A | ann. DIVIDEND | J | V | | | | | |
| 223.   Brokerage Acct # 3 | | | | | | | | | (See Part VIII) |
| 224.   --Agere Systems Class A stock | | None | J | T | | | | | |
| 225.   --Agere Systems Class B stock | | None | J | T | | | | | |
| 226.   --Agilent Technologies | | None | J | T | | | | | |
| 227.   --Avaya Inc. stock | | None | J | T | | | | | |
| 228.   --Cirrus Logic stock | | None | J | T | | | | | |
| 229.   --Cornerstone Realty REIT shares | A | Dividend | J | T | | | | | (See Part VIII) |
| 230.   --Corning Inc. Stock | | None | J | T | | | | | |
| 231.   --Hawthorn Financial REIT shares | | None | K | T | | | | | |
| 232.   --Imperial Parking stock | | None | J | T | | | | | |
| 233.   --Jacuzzi Brands stock | | None | J | T | | | | | |
| 234.   --Korea Fund stock | A | Dividend | K | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)      N = $250,001-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
      P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
(See Column C2)      U = Book Value      V = Other      W = Estimated

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Nelson, David A | 2. Court or Organization<br><br>U.S. COURT OF APPEALS, 6TH CIR | 3. Date of Report<br><br>5/10/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. CIRCUIT JUDGE-SENIOR | 5. ReportType (check appropriate type)<br><br>◯ Nomination, Date·<br><br>◯ Initial   ⦿ Annual   ◯ Final | 6. Reporting Period<br><br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>Potter Stewart U.S. Courthouse<br>5th and Walnut Streets<br>Cincinnati, OH 45202-3988 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ ▮ate_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. Trustee | David A. Nelson Qualified Personal Residence Trust |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouses) |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
| --- | --- | --- |
| 1. | 2003 | Broadwing, Inc/Cincinnati Bell Inc. Director Fees |
| 2. | 2003 | Union Central Life Ins. Co. Director Fees |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
| --- | --- | --- |
| 1. | Federalist Society | April 22-23 - Gainesville, Florida -- University of Florida Law School Symposium (Transportation, Meals, and Room) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. GMAC Mortgage Corp. | Mortgage loan on relative's residence. (I was one of two accommodation makers of a mortgage note | L |
| 2. | on which a relative was the principal obligor. He was responsible for all mortgage payments and | |
| 3. | agreed to indemnify the accommodators against any loss, cost or expense in connection with the loan. He | |
| 4. | repaid the loan in full during the reporting period, thereby extinguishing my contingent liability.) | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Brokerage Acct #1 | | | | | | | | | |
| 2. -- WP Carey & Co. LLC shares | A | Income Dist. | J | T | | | | | |
| 3. -- Convergys Corp. stock | | None | L | T | | | | | |
| 4. -- John Hancock Financial Services stock | A | Dividends | | T | Transfer | 12/4 | K | K | (See Part VIII) |
| 5. -- Cash & Money Market Funds | A | Int.&Div. | J | T | | | | | |
| 6. -- Blount International Inc., stock | | None | J | T | | | | | |
| 7. -- Broadwing/Cincinnati Bell, Inc. common stock | | None | K | T | | | | | (See Part VIII) |
| 8. -- ICN Pharmaceutical/Valeant Pharmaceutical Intl. Stock | A | Dividends | J | T | | | | | (See Part VIII) |
| 9. -- Tyco Intl. Stock | A | Dividends | K | T | | | | | |
| 10. Commodores Club partnership share | A | Partnership | J | W | | | | | |
| 11. | | Distribution | | | | | | | |
| 12. Huntington Natl Bank misc-accounts | A | Int. & Div. | K | T | | | | | (See Part VIII) |
| 13. IRA #1 | E | Dividends, | O | T | (Note: | | | | (See Part VIII) |
| 14. | | dist. of | | | Income | | | | |
| 15. | | realized cap | | | reported | | | | |
| 16. | | gains, | | | does not | | | | |
| 17. | | interest | | | include | | | | |
| 18. | | | | | return of | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

-- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | | | | | Type | If not | | | |
| | | | | | | (2) | (3) | (4) | (5) |
|---|---|---|---|---|---|---|---|---|---|
| 20. | | | | | | | | | |
| 22. | --Archstone Smith REIT shares | | | | | | | | (See Part VIII) |
| 23. | --Central Securities Corp. stock | | | | | | | | |
| 24. | --New Plan Excel Realty Trust REIT shares | | | | | | | | |
| 25. | --Ranger Indus. stock | | | | | | | | |
| 26. | --TCW Convertible Secs. Fund stock | | | | | | | | |
| 27. | --Tri-Continental Corp. stock | | | | Sell | 1/31 | J | A | |
| 28. | --United Dominion Realty Trust REIT shares | | | | | | | | |
| 29. | --Washington REIT REIT shares | | | | | | | | |
| 30. | --Williams Cos. stock | | | | | | | | |
| 31. | --Aberdeen Asia Pacific Income Fund Inc. stock | | | | | | | | |
| 32. | --International Rectifier stock | | | | Sell | 9/5 | K | A | |
| 33. | --Telecom Corp. of N.Z. ADRs | | | | | | | | |
| 34. | --Velocity HSI stock | | | | Deleted as | 8/4 | J | A | (See Part VIII) |
| 35. | | | | | worthless | | | | |
| 36. | --Ericsson LM Tel Co ADRs | | | | | | | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| | | | | | | | | | if | | | disclosure |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | (2) | (3) | (4) | (5) |
| 37. | —Nortel Networks Corp. stock | | | | | | | | | | | |
| 38. | -- Annaly Mtg Mgmt. REIT shares | | | | | | | | | | | |
| 39. | -- Boston pptys REIT shares | | | | | | | | | | | |
| 40. | -- Cooper Industries stock | | | | | | | | | | | |
| 41. | — Equity Resident. REIT shares | | | | | | | | | | | |
| 42. | -- Gables Resident. REIT shares | | | | | | | | | | | |
| 43. | -- Health Care Ppty REIT shares | | | | | | | | | | | |
| 44. | -- LaSalle Hotel Ppty REIT shares | | | | | | | | | | | |
| 45. | — Merck & Co. stock | | | | | | | | Sell | 6/9 | J | A | |
| 46. | -- Plum Ck Timber REIT shares | | | | | | | | | | | |
| 47. | — Smucker J M Co. Stock | | | | | | | | Sell | 1/31 | J | B | |
| 48. | — Tyco Intl stock | | | | | | | | Sell | 1/16 | K | A | |
| 49. | — WalMart stock | | | | | | | | Sell | 5/16 | J | A | |
| 50. | — AT&T Sr Notes 7% 5/15/05 | | | | | | | | | | | |
| 51. | — AOL Conv. Note 0% 12/6/19 (Put 12/6/04) | | | | | | | | | | | |
| 52. | — Chiquta Brands Note 10.56% 3/15/09 | | | | | | | | | | | |
| 53. | — Juniper Networks Note 4.75% 3/15/07 | | | | | | | | Partial | 11/26 | K | C | |
| 54. | | | | | | | | | Redemp. | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| | | |
|---|---|---|
| Name of Person Reporting<br>Nelson, David A. | Date of Report<br>5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 55.    -- Lucent Tech. Note 7.25% 7/15/06 | | | | | | | | | |
| 56.    -- Xerox Cap. Europe Note 6.25% 4/24/08 | | | | | | | | | |
| 57.    -- Korea Fund stock | | | | | Buy | 4/7 | J | | |
| 58. | | | | | Sell | 5/29 | J | A | |
| 59.    -- Cinergy Corp. Stock | | | | | Buy | 2/6 | J | | |
| 60.    -- Conoco Phillips stock | | | | | Buy | 2/6 | J | | |
| 61.    -- Occidental Petroleum stock | | | | | Buy | 12/29 | J | | |
| 62.    -- Teco Energy stock | | | | | Buy | 2/13 | J | | |
| 63. | | | | | Buy More | 3/24 | J | | |
| 64.    -- Thornburg Mortgage REIT shares | | | | | Buy | 1/16 | J | | |
| 65. | | | | | Buy More | 5/1 | J | | |
| 66.    -- T.Rowe Price Int'l Bond Fund mutual fund | | | | | Buy | 1/29 | K | | |
| 67.    IRA # 2 | E | Div.& Distr. | P1 | T | | | | | |
| 68. | | of cap.gains | | | | | | | |
| 69.    --Vanguard High-Yield Corp. mutual fund | | | | | Sell Part | 1/2 | J | A | (See Part VIII) |
| 70.    --Vanguard Wellesley Income Admiral mutual fund | | | | | | | | | (See Part VIII) |
| 71.    --Vanguard REIT Index mutual fund | | | | | Sell part | 1/6 | J | A | (See Part VIII) |
| 72. | | | | | Sell Part | 5/14 | J | B | (See Part VIII) |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
    (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
    (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
    P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market
    (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. --Vanguard Emerging Markets stock index mutual fund | | | | | | | | | (See Part VIII) |
| 74. --Vanguard European Stock Index Admiral mutual fund | | | | | | | | | (See Part VIII) |
| 75. --Vanguard Pacific Stock Index Admiral mutual fund | | | | | | | | | (See Part VIII) |
| 76. --Vanguard Health Care mutual fund | | | | | | | | | (See Part VIII) |
| 77. --Vanguard Prime Money Market mutual fund | | | | | | | | | (See Part VIII) |
| 78. --Vanguard STAR mutual fund | | | | | | | | | (See Part VIII) |
| 79. --Vanguard Equity Income mutual fund | | | | | | | | | (See Part VIII) |
| 80. --Vanguard Growth & Income mutual fund | | | | | | | | | (See Part VIII) |
| 81. --Vanguard Windsor II mutual fund | | | | | Buy More | 1/15 | K | | (See Part VIII) |
| 82. --Vanguard GNMA mutual fund | | | | | Sell Part | 3/19 | K | A | (See Part VIII) |
| 83. | | | | | Sell Part | 12/16 | J | A | (See Part VIII) |
| 84. --Vanguard Mid-Cap Index mutual fund | | | | | Buy More | 1/15 | K | | (See Part VIII) |
| 85. --Vanguard Inflation Protected Securities mutual fund | | | | | Sell Part | 1/2 | J | A | (See Part VIII) |
| 86. | | | | | Sell Part | 1/15 | K | C | |
| 87. --Vanguard Total Stock Market Index mutual fund | | | | | Sell Part | 2/3 | J | A | (See Part VIII) |
| 88. --Vanguard Short Term Treasury mutual fund | | | | | | | | | (See Part VIII) |
| 89. -- Vanguard Sm Cap. Mutual fund | | | | | | | | | (See Part VIII) |
| 90. --Vanguard Intl. Explorer mutual fund | | | | | Buy More | 12/16 | J | | (See Part VIII) |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000      G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less       K = $15,001-$50,000      L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000     O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                      P4 = More than $50,000,000
3. Value Method Codes:       Q = Appraisal             R = Cost (Real Estate Only)  S = Assessment          T = Cash/Market
   (See Column C2)           U = Book Value            V = Other                W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. --Vanguard U.S. Value mutual fund | | | | | | | | | (See Part VIII) |
| 92. -- Vanguard Capital Opportunity mutual fund | | | | | Buy | 5/14 | K | | (See Part VIII) |
| 93. IRA # 3 | B | Dividends | K | T | | | | | |
| 94. -- Equity Residential Properties Trust REIT shares | | | | | Reinvest | 1/3 | J | | |
| 95. | | | | | quarterly | 4/11 | J | | |
| 96. | | | | | dividends | 7/10 | J | | |
| 97. | | | | | | 10/9 | J | | |
| 98. --Cornerstone Realty Income Trust (Formerly Merry Land | | | | | | | | | |
| 99. Properties) REIT shares | | | | | | | | | |
| 100. IRA # 4 | A | Dividends | L | T | | | | | |
| 101. --Vanguard Prime Money Mkt mutual fund | | | | | Reinvest | | | | |
| 102. | | | | | dividends | | | | |
| 103. --Vanguard Health Care Fund | | | | | Reinvest | | | | |
| 104. | | | | | dividends | | | | |
| 105. USAA subscriber savings account | A | Alloc & Dist | J | T | | | | | (See Part VII) |
| 106. Vanguard Money Market Reserves | A | Dividends | J | T | | | | | |
| 107. D.A.& M.D. Nelson Charitable Remainder Annuity Trust | C | Int. & Div. | K | W | | | | | |
| 108. | | +cap.gain | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 109. Hamilton College Charitable Gift Annuity | A | Cap.Gain + | K | T | Buy | 12/9 | K | | |
| 110. | | Inc.Dist. | | | | | | | |
| 111. Cincinnati Bell,Inc. common stock | | None | | | Transfer to | 10/10 | M | | (See Part VIII) |
| 112. | | | | | Brokerage | | | | |
| 113. | | | | | Acct. # 2 | | | | |
| 114. Brokerage Acct # 2 | | | | | | | | | |
| 115. --Cincinnati Bell common stock | | None | L | T | Sell Part | 10/15 | K | A | |
| 116. | | | | | Give Part | 12/9 | K | | Nelson Grantor Trust |
| 117. --John Hancock Financial Services stock | | None | | | Trans in | 12/4 | K | | (See Part VIII) |
| 118. | | | | | Trans Out | 12/9 | K | | |
| 119. Options to purchase Cincinnati Bell stock | | | | | | | | | (See Part VIII) |
| 120. Vanguard Money Market Reserve | A | Dividend | J | T | | | | | |
| 121. Vanguard Money Market Reserve | A | Dividend | K | T | | | | | |
| 122. Convergys Corp. Options | | None | K | W | | | | | |
| 123. Vested interest in Cincinnati Bell Def. Comp. Acct | | None | L | T | Grant of | 1/2 | J | | (See Part VIII) |
| 124. | | | | | add'l shares | | | | |
| 125. IRA # 5 (Formerly designated IRA #6) | F | Dividend | P1 | T | | | | | |
| 126. --Adams Express stock | | | | | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Nelson, David A | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. --American WaterWorks Co. stock | | | | | Merger | 1/10 | M | E | (See Part VIII) |
| 128. --BRE Properties, Inc. REIT shares | | | | | | | | | |
| 129. --Boeing Co. stock | | | | | | | | | |
| 130. --CarrAmerica Reality Corp. REIT shares | | | | | | | | | |
| 131. --J.P. Morgan Chase & Co. stock | | | | | | | | | |
| 132. --Cirrus Logic, Inc. stock | | | | | Transfer to | 1/30 | J | A | (See Part VIII) |
| 133. | | | | | Brokerage | | | | |
| 134. | | | | | Acct #3 | | | | |
| 135. --Delta Air Lines stock | | | | | | | | | |
| 136. --Eastman Chemical Co. stock | | | | | | | | | |
| 137. --Equity Residential Properties Tr REIT shares | | | | | | | | | |
| 138. --Wachovia Corp. stock | | | | | | | | | |
| 139. --First Union Real Estate Eq.& Mtge REIT shares | | | | | | | | | |
| 140. --U.S. Bancorp stock | | | | | | | | | |
| 141. --Plum Creek Timber Co. REIT shares | | | | | | | | | |
| 142. --Hawthorne Financial Corp. REIT shares | | | | | Transfer to | 1/30 | J | D | (See Part VIII) |
| 143. | | | | | Brokerage | | | | |
| 144. | | | | | Acct #3 | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (Column C2) | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Nelson, David A | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 145.  --Hewlett Packard Co. Stock | | | | | | | | | |
| 146.  --International Business Machines  stock | | | | | | | | | |
| 147.  --Kimberly Clark Corp. stock | | | | | | | | | |
| 148.  --LSI Logic Corp.  stock | | | | | | | | | |
| 149.  --Lubrizol Corp.  stock | | | | | | | | | |
| 150.  --Lucent Technologies stock | | | | | | | | | |
| 151.  --Lunar Corporation  stock | | | | | | | | | |
| 152.  --Merck & Co., Inc.  stock | | | | | Sell | 6/4 | L | E | |
| 153.  --Cornerstone Realty Income Trust (formerly | | | | | | | | | |
| 154.       Merry Land Properties) REIT shares | | | | | | | | | |
| 155.  --Motorola, Inc. stock | | | | | | | | | |
| 156.  --New Plan Excel Reality Tr. Inc. REIT shares | | | | | | | | | |
| 157.  --Pfizer, Inc.  stock | | | | | | | | | |
| 158.  --RGS Energy Group, Inc.  stock | | | | | | | | | |
| 159.  --Ranger Industries, Inc. stock | | | | | | | | | |
| 160.  --Sea Containers Ltd.-A  stock | | | | | Buy More | 4/22 | J | | |
| 161. | | | | | Buy More | 12/15 | K | | |
| 162.  --Tyco International Ltd. Stock | | | | | | | | | |

1.  Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
    (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000
2.  Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
    (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
                                                P3 = $25,000,001-$50,000,000      P4 = More than $50,000,000
3.  Value Method Codes:      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
    (Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 163. --TCW Convertible Securities Fd. Inc. stock | | | | | | | | | |
| 164. --United Dominion Realty Trust REIT shares | | | | | | | | | |
| 165. --Jacuzzi Brands (formerly U.S. Industries, Inc.) stock | | | | | Transfer to | 1/30 | J | A | (See Part VIII) |
| 166. | | | | | Brokerage | | | | |
| 167. | | | | | Acct #3 | | | | |
| 168. --Washington Federal, Inc. stock | | | | | | | | | |
| 169. --Washington Real Estate Invt. Tr REIT shares | | | | | | | | | |
| 170. --Weyerhaeuser Co. stock | | | | | | | | | |
| 171. --Xerox Corp. stock | | | | | Transfer to | 4/28 | K | A | (See Part VIII) |
| 172. | | | | | Brokerage | | | | |
| 173. | | | | | Acct #3 | | | | |
| 174. --Money Market Fund | | | | | | | | | |
| 175. --Agilent Technol. stock | | | | | Transfer to | 1/30 | J | A | (See Part VIII) |
| 176. | | | | | Brokerage | | | | |
| 177. | | | | | Acct #3 | | | | |
| 178. --Avaya Inc. stock | | | | | Transfer to | 1/30 | J | A | (See Part VIII) |
| 179. | | | | | Brokerage | | | | |
| 180. | | | | | Acct #3 | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identify of buyer/seller (if private transaction) |
| 181. --Carnival Corp. stock | | | | | | | | | |
| 182. --Fifth Third Bancorp stock | | | | | Buy More | 4/25 | K | | |
| 183. --General Electric stock | | | | | | | | | |
| 184. --Imperial Parking Corp. stock | | | | | Transfer to | 1/30 | J | B | (See Part VIII) |
| 185. | | | | | Brokerage | | | | |
| 186. | | | | | Acct # 3 | | | | |
| 187. --Symbol Technologies Inc. stock | | | | | | | | | |
| 188. --United Parcel Service Class B stock | | | | | | | | | |
| 189. --Velocity HSI, inc. stock | | | | | | | | | |
| 190. --Pulte Homes, Inc. stock | | | | | | | | | |
| 191. --Central Securities Corp. stock | | | | | Reinvest div | 12/29 | B | | |
| 192. --Corning, Inc. stock | | | | | Transfer to | 1/30 | K | A | (See Part VIII) |
| 193. | | | | | Brokerage | | | | |
| 194. | | | | | Acct # 3 | | | | |
| 195. --Agere Systems Class A stock | | | | | Transfer to | 1/30 | J | A | (See Part VIII) |
| 196. | | | | | Brokerage | | | | |
| 197. | | | | | Acct # 3 | | | | |
| 198. --Agere Systems Class B stock | | | | | Transfer to | 1/30 | K | A | (See Part VIII) |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 199. | | | | | Brokerage | | | | |
| 200. | | | | | Acct #3 | | | | |
| 201. --Annaly Mtg Mgmt REIT shares | | | | | Buy More | 4/7 | K | | |
| 202. --Bank of America stock | | | | | | | | | |
| 203. --Center Point Energy stock | | | | | | | | | |
| 204. --Energy East stock | | | | | | | | | |
| 205. --Reliant Resources stock | | | | | Transfer to | 4/28 | J | A | (See Part VIII) |
| 206. | | | | | Brokerage | | | | |
| 207. | | | | | Acct # 3 | | | | |
| 208. --Williams Cos. Stock | | | | | | | | | |
| 209. --Bob Evans Farms stock | | . | | | Buy | 7/16 | K | | |
| 210. --Bristol-Myers Squibb stock | | | | | Buy | 12/18 | K | | |
| 211. --Bunge Ltd stock | | | | | Buy | 6/4 | L | | |
| 212. --Cinergy Corp. stock | | | | | Buy | 2/3 | K | | |
| 213. --E.I. DuPont stock | | | | | Buy | 1/16 | K | | |
| 214. --Korea Fund stock | | | | | Buy | 4/2 | K | | |
| 215. | | | | | Transfer to | 5/27 | K | | (See Part VIII) |
| 216. | | | | | Brokerage | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 217. | | | | | Acct # 3 | | | | |
| 218. --Medco Health Solutions stock | | | | | Spin-off | 8/25 | J | | |
| 219. --Nvidia Corp. stock | | | | | Buy | 2/3 | K | | |
| 220. --Texas Genco stock | | | | | Spin-off | 1/6 | J | | (See Part VIII) |
| 221. John Hancock Whole Life | | | L | V | | | | | |
| 222. Security Financial Whole Life | | | J | V | | | | | |
| 223. Brokerage Acct # 3 | | | | | | | | | (See Part VIII) |
| 224. --Agere Systems Class A stock | | None | J | T | | | | | |
| 225. --Agere Systems Class B stock | | None | J | T | | | | | |
| 226. --Agilent Technologies | | None | J | T | | | | | |
| 227. --Avaya Inc. stock | | None | J | T | | | | | |
| 228. --Cirrus Logic stock | | None | J | T | | | | | |
| 229. --Cornerstone Realty REIT shares | A | Dividend | J | T | | | | | (See Part VIII) |
| 230. --Corning Inc. Stock | | None | J | T | | | | | |
| 231. --Hawthorn Financial REIT shares | | None | K | T | | | | | |
| 232. --Imperial Parking stock | | None | J | T | | | | | |
| 233. --Jacuzzi Brands stock | | None | J | T | | | | | |
| 234. --Korea Fund stock | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Nelson, David A | 5/10/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 235.   --Reliant Resources stock | | None | J | T | | | | | |
| 236.   --Xerox stock | | None | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes: (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Section VII

-- All shares of John Hancock Financial Services stock were transferred on 12/4 from Brokerage Acct # 1 to Brokerage Acct # 2. On 12/9 the shares were transferred from Brokerage Acct # 2 to the Trustees of Hamilton College to fund a charitable gift annuity.

-- The broadband business of Broadwing, Inc., was sold on 5/28, along with the name "Broadwing;" the seller readopted the name "Cincinnati Bell, Inc.," at that time.

-- The name of ICN Pharmaceutical was changed to Valeant Pharmaceutical International on 11/17.

-- ▓▓▓▓ and I are customers of Huntington National Bank, which has offices in Cincinnati and Cleveland, Ohio. Interest and dividend income from our Huntington accounts is reported to us in combined statements, and the information provided in Columns B and C of this report is given on an aggregate basis.

-- Dividends and distributions on most of the securities in IRA #1 were reinvested under a dividend reinvestment plan.

-- On September 16, 2001, American Water Works Company, Inc., entered into a merger agreement with RWE Aktiengesellschaft and Thames Water Aqua Holdings GmbH. In January 2003, pursuant to the agreement, American Water Works merged with a subsidiary of RWE, and the stockholders of American Water Works received cash for their shares.

-- Archstone Communities merged with another REIT prior to the reporting period to form Archstone Smith.

-- Velocity HSI Inc. went into Chapter 7 bankruptcy in August 2001. On 8/4/03 the custodian of IRA #1 deleted the security as valueless.

-- Required minimum distributions based on 12/31/02 values of IRA #1 and IRA #2 were made automatically, on a monthly basis, by transfer from the Vanguard Prime Money Market Fund in IRA #2 to one of the Vanguard Money Market Funds held individually.

-- Gains on mutual fund sales have been estimated.

-- Certain Vanguard Prime Money Market Funds are linked to certain IRA accounts. Activity in the latter may be reflected in the former. Income dividends and capital gain distributions on all Vanguard funds were reinvested.

-- All Vanguard Wellesley Income Fund Investor Shares were converted into Vanguard Wellesley Income Fund Admiral Shares, with slightly lower expenses, on 12/17.

-- All Vanguard European Stock Index Fund Investor Shares were converted into Vanguard European Stock Index Fund Admiral Shares, with slightly lower expenses, on 12/17.

-- All Vanguard Pacific Stock Index Fund Investor Shares were converted into Vanguard Pacific Stock Index Fund Admiral Shares, with slightly lower expenses, on 12/17.

-- Minimum distribution requirements with respect to IRA # 3, IRA # 4, and IRA # 5 were satisfied by in-kind transfers of stock from IRA # 5 to Brokerage Acct # 3, opened on 1/30.

-- All shares of Meny Land Properties Inc. were exchanged for common and preferred -- Series B shares of Cornerstone Realty Income Trust Inc. pursuant to a 6/5 merger. The preferred shares were exchanged for common shares on 10/2.

-- I carry liability insurance with USAA, a reciprocal insurance exchange. Pursuant to 16 USC Section 832(f), a portion of USAA's income is allocated to each member's Subscriber's Savings Account. I also received two cash distributions in 2003.

-- Cincinnati Bell stock was transferred on 10/10 to Brokerage Acct # 2, opened on that date.

-- All options to purchase Cincinnati Bell stock were under water at 12/31. According to a letter of 9/19/02 from the Committee, options that are under water at year end are not reportable.

## VII. ADDITIONAL INFORMATION OR EXPLANATIONS       (Indicate part of Report.)

— Cincinnati Bell (formerly Broadwing, Inc.) maintains a Deferred Compensation Plan for Outside Directors, superseding a retirement plan for such directors. "Phantom shares" of Cincinnati Bell stock are credited to each outside director's account from time to time, and the director's interest in the account becomes vested after a prescribed period of service on the board. The value of the account at any given point depends on the market price of Cincinnati Bell stock. In general, no payment may be made to a participant in the Deferred Compensation Plan while he or she remains a member of the board.

— U.S. Industries, Inc., became Jacuzzi Brands, Inc., by change of name on 6/4.

— Medco Health Solutions stock represents spin-off from Merck. Cash payment also received for fractional share.

— Texas Genco stock represents spin-off from Center Point Energy. Cash payment also received for fractional share.

— A fractional share of Cornerstone Realty was sold upon transfer from IRA # 5 to Brokerage Acct # 3 (value code J) and there was subsequently a return of capital (value code J) on this security.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____       Date _____May 10, 2004_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544